United States District Court
Southern District of Texas
**ENTERED**
March 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **FRANK BENITEZ GARRIDO,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00307 |
| | § | |
| **WARDEN,** Krome North Service | § | |
| Processing Center, *et al.* | § | |
| Respondents. | § | |

## ORDER

Petitioner Frank Benitez Garrido, proceeding pro se, has filed an "Application to Proceed In Forma Pauperis" (Petitioner's "IFP Application") [Dkt. No. 3] in connection with his "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" ("§ 2241 Petition") [Dkt. No. 1].

Upon review of Petitioner's IFP Application [Dkt. No. 3], it appears that Petitioner currently lacks the funds to cover the filing fee.

Accordingly, Petitioner's IFP Application [Dkt. No. 3] is **GRANTED**. The Clerk of Court is **DIRECTED** to waive any filing fees or service fees.

**SIGNED** on this **17th** day of **March 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**